FILED ☒ RECEIVED ☐
SEP 9 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
LON R. LEAVITT
Assistant United States Attorney
Arizona Bar No. 35825
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: Lon.Leavitt@usdoj.gov
*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America *ex rel.* JSABF LLC,

Plaintiff-Relator,

v.

Dalton Corporation f/d/b/a Chica's Cabaret, *et al.*,

Defendants.

No. CV-25-08136-PCT-DJH

**THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

**[*EX PARTE* AND UNDER SEAL]**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America respectfully notifies the Court of its decision not to intervene in this action, which "may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). The Ninth Circuit has held that, notwithstanding this language, the United States has the right to a hearing only when it objects to a settlement or dismissal of the action. *See United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States respectfully requests that the Court provide the United States with notice and an opportunity to be heard before ruling on or granting any request or proposal to dismiss, settle, or otherwise discontinue this case. *See id.*

The United States also respectfully (1) requests that all pleadings, notices of appeal, and other documents filed in this action be served upon counsel for the United States; (2) requests that orders issued by the Court be sent to counsel for the United States; and (3) reserves its rights to order deposition transcripts at its own expense, to seek dismissal of the relator's action or claim, and to seek to intervene at a later date upon a showing of good cause. *See* 31 U.S.C. § 3730(c).

Finally, the United States respectfully requests that the complaint, this notice, and the accompanying proposed order be unsealed, but that all other papers on file in this action remain under seal. In discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone, *in camera*, for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. *See* 31 U.S.C. § 3730(b)(3) (motions to extend the seal and intervention deadline "may be supported by affidavits or other submissions in camera"); *United States ex rel. Meythaler v. Encompass Health Corp*., No. 2:20-CV-235-GMB, 2021 WL 871347, at *2 (N.D. Ala. Mar. 9, 2021) (following other courts in keeping under seal documents the United States filed that reveal substantive details about the investigative process); *United States ex rel. Colorado v. Rocky Mountain Gastroenterology Assocs., PLLC*, No. 14-CV-00128-RM-MEH, 2015 WL 3494501, at *2 (D. Colo. June 2, 2015) (maintaining seal on the United States' motions for extension of time to elect to intervene because "those submissions discuss confidential details of [the United States'] investigation of the alleged violations and were made with the understanding that they were *in camera* submissions under the False Claims Act"); *United States ex rel. O'Keefe v. McDonnell Douglas Corp*., 902 F. Supp. 189, 192 (E.D. Mo. 1995) (unsealing various documents, including the complaints, but permitting materials that provided some "substantive details regarding the government's methods of investigation" to remain under seal).

/ / /

/ / /

A proposed order accompanies this notice.

RESPECTFULLY SUBMITTED September 9, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Digitally signed by LON LEAVITT
Date: 2026.09.09 08:57:04 -07'00'

LON R. LEAVITT
Assistant United States Attorney
*Attorneys for the United States of America*