**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JSABF LLC,<br>Plaintiff,<br>v.<br>Dalton Corporation, et al.,<br>Defendants. | No. CV-25-08136-PCT-DJH<br>**ORDER** |

Pursuant to the United States of America's Notice of Election to Decline Intervention (Doc. 7), the United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that:

1. the Complaint, the United States of America's Notice of Election to Decline Intervention, and this Order shall be unsealed and served upon the defendants by the relator pursuant to Rule 4 of the Federal Rules of Civil Procedure;

2. all other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the defendants, except for this order and the United States of America's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. the seal shall be lifted as to all other matters occurring in this action after the date of this order;

/ / /

4. the parties shall serve all pleadings, notices, motions, and other documents filed in this action, including supporting memoranda, upon the United States, pursuant to 31 U.S.C. § 3730(c)(3);

5. the United States may order any deposition transcripts, at its own expense, and may seek leave to intervene in this action, for good cause, at any time;

6. all orders of this Court shall be sent to the United States; and

7. should any party propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Dated this 15th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge